IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SUSAN A. MORROW,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                               CASE NO. 1D15-1603

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed May 5, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Susan A. Morrow, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DISMISSED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.